# Court of Appeals
# of the State of Georgia

ATLANTA,  June 05, 2026

*The Court of Appeals hereby passes the following order:*

**A26A2120. TRAVIS SANTELL RABON v. NANCY N. BILLS.**

In 2012, Travis Santell Rabon was convicted of murder and other crimes, and the Supreme Court of Georgia affirmed his convictions on direct appeal. *Rabon v. State*, 301 Ga. 200 (800 SE2d 299) (2017). In 2026, Rabon filed this mandamus petition against the judge assigned to his criminal case, asking her to rule on post-conviction motions filed in his criminal case, vacate his convictions, and order his immediate release. The petition was assigned to a different trial court judge, who dismissed it. Rabon now appeals directly to this Court.

In substance, this mandamus action is a challenge to the validity of Rabon's criminal convictions. See *Johnson v. Adcock*, 377 Ga. App. 375, 380(1) (922 SE2d 668) (2025) ("[T]here is no magic in nomenclature. A document is to be construed by its substance or function, rather than by its name.") (citation and punctuation omitted). However, the Supreme Court of Georgia has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed." Ga. Const. of 1983, Art. VI, Sec. VI, Par. III(8). Because a penalty of death may be imposed for the crime of murder, jurisdiction over this appeal appears to lie in the Supreme Court. See OCGA § 16-5-1(a), (e)(1); *Hart v. State*, 322 Ga. 1, 10(1) (917 SE2d 631) (2025) (preserving requirement that this Court transfer "non-death-penalty murder appeals" to the Supreme Court). See also *Simpson v. State*, 292 Ga. 764 (740 SE2d 124) (2013) (considering appeal from denial of post-judgment motion in murder case).

Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court of Georgia for disposition.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta,___06/05/2026_____

        I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

        Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.